### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:08cr86/LAC

SHARADA NANDYALA,
RAJENDER REDDY NANDYALA and
ALREK BUSINESS SOLUTIONS, INC.

_____/

## ORDER

Before the court are Notices of Appearances for Defendants Sharada Nandyala and Rajender Reddy Nandyala (docs. 89, 90), in which it appears that attorney William Richbourg has undertaken to represent two separate defendants in this action.

Accordingly, it is **ORDERED** that Counsel for these Defendants, within **three (3) days** of the date of this Order, shall submit affidavits from the Defendants in accordance with *United States v. Garcia*, 517 F.2d 272 (5th Cir.1975), attesting that each Defendant is aware of the conflict of interest and its potential effect on the defense of this action, that each Defendant has the right to obtain other counsel, and that each Defendant is waiving his right to conflict-free counsel.

**ORDERED** on this 10th day of October, 2008.

s/ *L. A. Collier*
Lacey A. Collier
Senior United States District Judge