IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                                          Case No. 3:08cr86/LAC

**SHARADA NANDYALA,**
  a/k/a "Sharada Patlolla,"
  a/k/a "Sharada Reddy"

_____

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, in the Indictment in the above-entitled action, the United States sought forfeiture from the defendant **SHARADA NANDYALA** pursuant to Title 18, United States Code, Sections 981(a)(1), 982(a)(1), (a)(2)(B) and (b)(1), and Title 28, United States Code, Section 2461(c), the defendant's interests in any property, real or personal, involved in the violations set forth in Counts One through Three of said Indictment and/or any property traceable to such property;

AND WHEREAS, on or about October 15, 2008, the defendant **SHARADA NANDYALA**, pled guilty to Counts One through Three of the Indictment pursuant to a written plea and cooperation agreement outlining such forfeiture;

AND WHEREAS, by virtue of said plea agreement, the United States is now entitled to entry of a Preliminary Order of Forfeiture against all of defendant's interest in said property, pursuant to Title 18, United States Code, Sections 981(a)(1), 982(a)(1),

(a)(2)(B) and (b)(1), and Title 28, United States Code, Section 2461(c) of the Federal Rules of Criminal Procedure; now wherefore,

IT IS HEREBY ORDERED:

1. That all of defendant's rights and interest in the property described below is hereby forfeited to and vested in the United States of America.

2. That property which is subject to forfeiture in this Order is as follows:

    A. One 1998 silver Mercedes SUV bearing Vehicle Identification Number 4JGAB54E8WA033506 registered to SHARADA NANDYALA.

    B. $13,996.00 in U.S. currency seized from the residence of defendants SHARADA NANDYALA and RAJENDER REDDY NANDYALA, located in Gulf Breeze, Florida;

    C. $8,006.86 in U.S. currency located in Wachovia Bank (now known as Wells Fargo and Company Bank) account ending in account number 7035 for which defendant SHARADA NANDYALA, using the names Sharada Reddy Patlolla or Sharada Patlolla Reddy, was the signatory; and,

    D. $1,350.03 in U.S. currency located in Regions Bank account ending in account number 90001 and titled in the name of Nandi Enterprises, Inc.

3.	That a Preliminary Order of Forfeiture is hereby entered in favor of the United States against defendant, **SHARADA NANDYALA**, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED this 29th day of January, 2009.

*s/L.A. Collier*
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE