**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                              **Case No. 3:08cr86/LAC**

**SHARADA NANDYALA,**
  **a/k/a Sharada Patlolla,**
  **a/k/a Sharada Reddy,**
**RAJENDER REDDY NANDYALA,**
  **a/k/a Raj Nandyala,**
  **a/k/a Rajender Reddy,**
  **a/k/a Rajumama,**
**and**
**ALREK BUSINESS SOLUTIONS, INC.**
  **f/k/a Aldon Business Solutions, Inc.**
_____

**FINAL ORDER OF FORFEITURE AS
TO ALL PERSONS AND ENTITIES**

WHEREAS, on January 29, 2009 and February 10, 2009, this Court entered

Preliminary Orders of Forfeiture, pursuant to the provisions of Title 18, United States

Code, Sections 981 and 982 and Title 28, United States Code, Section 2461(c), based

upon the defendants' guilty pleas to the crimes charged against them in Indictment in this

action, and their consent to the forfeiture of all assets used or derived from said conduct

(Doc. 136, 138 & 145);

AND WHEREAS, the United States caused to be published a Notice of Forfeiture

and Planned Disposition on www.forfeiture.gov of the intent of the United States to

dispose of the property in accordance with Title 18, United States Code, Sections 981 and

982 and Title 28, United States Code, Section 2461(c), thereby notifying all third parties

of their right to petition the Court within sixty (60) days of the first day of publication to

adjudicate the validity of their alleged legal interest in the real property;

AND WHEREAS, no claims or petitions have been filed for the property described

in this Court's Preliminary Orders of Forfeiture, entered on January 29, 2009 and February

10, 2009, and the time for filing petitions expired on November 1, 2009.

THEREFORE, IT IS HEREBY ORDERED:

1.      That the right, title and interest to all of the property described in this

Order, is hereby condemned, forfeited and vested in the United States of America.

2.      The property subject to forfeiture in this Order includes the following:

A.      One 1998 silver Mercedes SUV bearing Vehicle Identification Number

        4JGAB54E8WA033506 registered to SHARADA NANDYALA;

B.      $13,996.00 in U.S. currency seized from the residence of

        defendants SHARADA NANDYALA and RAJENDER REDDY

        NANDYALA, located in Gulf Breeze, Florida;

C.      $8,006.86 in U.S. currency located in Wachovia Bank (now known as

        Wells Fargo and Company Bank) account ending in account number 7035

        for which defendant SHARADA NANDYALA, using the names Sharada

        Reddy Patlolla or Sharada Patlolla Reddy, was the signatory;

D.      $1,350.03 in U.S. currency located in Regions Bank account

ending in account number 90001 and titled in the name of Nandi Enterprises, Inc.;

E      $161,572.82 in U.S. currency seized from Chase Bank account ending in account number 8400, for which P.G. and D.P. were the signatories; and,

F.      $8,427.18 in U.S. currency seized from Chase Bank account ending in account number 8805, for which P.G. and D.P. were the signatories.

3.      That no person or entity has established that they have any legal right, title or interest in said property forfeited to the United States of America by Orders entered on January 29, 2009 and February 10, 2009, and said forfeiture is now final.

4.      That the United States Department of Homeland Security Immigration and Customs Enforcement shall dispose of said real property in accordance with law.

IT IS SO ORDERED this 14th day of December, 2009.


s/L.A. Collier
LACEY A. COLLIER
SENIOR U.S. DISTRICT JUDGE